IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVION T. OLIVER,

                Plaintiff,

v.                              1:16-cv-00422-WSD

UNNAMED DEFENDANT,

                Defendant.

**OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Linda T. Walker's Final Report and Recommendation [2] ("R&R"), recommending transfer of this action to the United States District Court for the Middle District of Georgia, Macon Division ("Middle District").

**I.     BACKGROUND**

On February 10, 2016, Plaintiff Davion T. Oliver ("Plaintiff"), confined at Dooly State Prison in Unadilla, Georgia, sent the Court a letter [1] complaining that he is not receiving proper medical care at the Prison and asking for help.

On February 22, 2016, the Magistrate Judge issued her R&R. In it, she liberally construed Plaintiff's letter as a complaint under 42 U.S.C. § 1983. She

found that venue is not proper in this Court, and recommended this action be transferred to the Middle District.

The R&R was mailed to Plaintiff, and, on March 2, 2016, the mail was returned as undeliverable, presumably because Plaintiff was released from Dooly State Prison on February 10, 2016. (See http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryForm.jsp?Institution= (last viewed May 20, 2016; searched for GDC ID Number 1167001). Plaintiff has not provided to the Court his current address.

## II. DISCUSSION

The Local Rules of this Court provide that a *pro se* party's failure to "keep the clerk's office informed of any change in address . . . which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal of the action without prejudice." LR 41.2(B). Plaintiff failed to keep the clerk's office informed of his change in address, and thus he did not receive the R&R and neither this Court nor the Middle District can proceed with the processing of this action. Accordingly, this action is dismissed under Local Rule 41.2(B) for Plaintiff's failure to inform the clerk's office of his current address.

### III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** pursuant to Local Rule 41.2(B).

**SO ORDERED** this 23rd day of May, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE